BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
ALEXIS R. KLEMPEL, IDAHO STATE BAR NO. 9449
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

FEB 12 2020

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERTO MANUEL ROJAS,<br><br>Defendant. | Case No. 1:19-cr-00134-DCN<br><br>**SUPERSEDING INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>21 U.S.C. § 841(a) and (b)(1)(A)<br>21 U.S.C. § 853 |

The Grand Jury charges:

## COUNT ONE

**Distribution of Methamphetamine**
**21 U.S.C. § 841(a) and (b)(1)(A)**

On or about January 31, 2019, in the District of Idaho, the defendant, ROBERTO MANUEL ROJAS, did knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a) and (b)(1)(A).

**SUPERSEDING INDICTMENT - 1**

## COUNT TWO

### Unlawful Possession of a Firearm
### 18 U.S.C. § 922(g)(1)

On or about February 19, 2019, in the District of Idaho, the defendant, ROBERTO MANUEL ROJAS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Aggravated Assault, entered on or about July 16, 2012, in case number CR-2012-6406*C, in the District Court of the Third Judicial District of the State of Idaho, in and for the County of Canyon, did knowingly possess in and affecting commerce a firearm, that is, a Remington, Model 870 Express Super Magnum, 12 gauge shotgun, bearing serial number D075195A, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## CRIMINAL FORFEITURE ALLEGATION

### Drug Forfeiture
### 21 U.S.C. § 853

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, ROBERTO MANUEL ROJAS, shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds the said defendant obtained directly or indirectly as a result of the foregoing offense; and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offense. The property to be forfeited includes, but is not limited to, the following:

1. <u>Unrecovered Cash Proceeds and/or Facilitating Property.</u> Any and all sums that represent unrecovered proceeds of the offense of conviction obtained by the defendant, or

property derived from or traceable to such proceeds, and property the defendant used to facilitate the offense (if facilitation is alleged), but based upon actions of the defendant, the property was transferred, diminished, comingled, or is otherwise unavailable.

2. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

 a. Cannot be located upon the exercise of due diligence;
 b. Has been transferred or sold to, or deposited with, a third person;
 c. Has been placed beyond the jurisdiction of the court;
 d. Has been substantially diminished in value; or
 e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 11 day of February, 2020.

A TRUE BILL

*/s/ [signature on reverse]*

FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

ALEXIS R. KLEMPEL
SPECIAL ASSISTANT UNITED STATES ATTORNEY

SUPERSEDING INDICTMENT - 3