ROB S. LEWIS
ATTORNEY AT LAW
913 W. RIVER STREET., STE. 430
BOISE, IDAHO 83702
P.O. BOX 1061
BOISE, IDAHO 83701
TELEPHONE (208) 395-0667
FACSIMILE (208) 338-1273
IDAHO STATE BAR #4848

ATTORNEY FOR DEFENDANT ROJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. CR-19-134 |
| Plaintiff, | ) | |
| VS. | ) | NOTICE OF APPEAL |
| | ) | |
| ROBERTO ROJAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Federal Appellate Rule 4(b), notice is hereby given that ROBERTO ROJAS, Defendant in the above-named case hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Sentence and Judgment entered in this action on the 16th day of February, 2021.

RESPECTFULLY SUBMITTED this 17th day of February, 2021.

/s/
ROB S. LEWIS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of February, 2021, a copy of this response was electronically served via this Court's ECF system on all parties upon filing herein; I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| INMATE MAIL<br>Roberto Rojas<br>IMSI A-Block<br>PO Box 51<br>Boise, Idaho 83707 | ☒<br>☐<br>☐<br>☐ | U.S. Mail<br>ECF Notification<br>Overnight Mail<br>Telecopy (Fax) |
| US Attorney<br>1290 W Myrtle St Suite 500,<br>Boise, ID 83702 | ☐<br>☐<br>☐<br>☒ | U.S. Mail<br>ECF Notification<br>Overnight Mail<br>Telecopy (Fax) |

/s/
R. Buck
Legal Assistant to Rob S. Lewis